■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID BURR, Appellant, v FRANK J. CLARK, III, as Erie County District Attorney, Respondent. (Appeal No. 1.) [718 NYS2d 771] —Judgment unanimously affirmed without costs. Memorandum: The petitions seeking writs of habeas corpus were properly dismissed. Contrary to petitioner's contention, an evidentiary hearing was not required because no triable issue of fact was raised (*see, People ex rel. Robertson v New York State Div. of Parole,* 67 NY2d 197, 203; *see, People ex rel. Lewis v Meloni,* 233 AD2d 947, 948, *lv denied* 89 NY2d 807). Petitioner contends that he is being unlawfully detained because the order of commitment does not indicate that he was convicted of criminal possession of a weapon in the fourth degree, although it lists a sentence of one year for that conviction. Irregularities or defects in an order of commitment would not entitle petitioner to immediate release where, as here, there is a valid judgment of conviction underlying the commitment (*see, People ex rel. Harris v Lindsay,* 21 AD2d 102, 106, *affd* 15 NY2d 751). Further, habeas corpus relief is not available to review a sentence that has expired (*see, People ex rel. Ganci v Henderson,* 51 AD2d 888, *lv denied* 38 NY2d 711). (Appeal from Judgment of Supreme Court, Erie County, LaMendola, J.—Habeas Corpus.) Present—Pigott, Jr., P. J., Hayes, Wisner, Scudder and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID BURR, Appellant, v FRANK J. CLARK, III, as Erie County District Attorney, Respondent. (Appeal No. 2.) [718 NYS2d 668] —Judgment unanimously affirmed without costs. Same Memorandum as in *People ex rel. Burr v Clark* (278 AD2d 938 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, O'Donnell, J.—Habeas Corpus.) Present—Pigott, Jr., P. J., Hayes, Wisner, Scudder and Lawton, JJ.